UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

LAVERY & SIRKIS, ESQUIRES
Joan Sirkis Warren, Esq.
699 Washington Street
Suite 103
Hackettstown, NJ  07840
(908) 850-6161
Attorney for Debtor, Saravanan Kannan

Order Filed on July 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Saravanan Kannan

Case Number: 17-17705

Hearing Date: July 19, 2019

Judge: ~~KCF~~

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 19, 2018**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Upon the Debtor's motion for authorization to sell the real property commonly known as 13 F Heritage Drive Chatham Township, NJ_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale may be applied to satisfy the liens on the Real Property.

3. ☑ Pursuant to LBR 6004-1(b) the Notice of Private Sale included a request to pay the real estate broker and debtor's real estate attorney at closing, therefore these professionals may be paid at closing.

   **OR:** ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys upon further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $ _23675.00_ claimed as exempt may be paid to the Debtor.

6. The balance of proceeds shall be paid to the Chapter 13 Standing Trustee in the Debtor's case.

7. A copy of the HUD settlement statement shall be forwarded to the Chapter 13 Standing Trustee five days after closing.

8. Other provisions:  _Non-exempt funds of debtors' 50% interest from the sale will be paid into the plan. The mortgage shall be paid off in full at closing._

*rev. 12/21/04*